1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  LOUIE GRIJALVA, JR.,            )        1:07-cv-01665-AWI-DLB-HC
                                    )
12          Petitioner,            )        **ORDER ADOPTING FINDINGS AND**
                                    )        **RECOMMENDATION** (Doc. 8)
13  v.                              )
                                    )        **ORDER DISMISSING ACTION**
14  JOHN C. MARSHALL,               )
                                    )
15          Respondent.            )
    _____)

16

17      Petitioner is a state prisoner proceeding pro se with a

18  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19      On January 28, 2008, the Magistrate Judge filed Findings and a

20  Recommendation that this action be DISMISSED for Petitioner's

21  failure to comply with the court's order of November 29, 2007,

22  pursuant to Local Rule 11-110.  These Findings and Recommendation

23  were served on all parties and contained notice that any objections

24  were to be filed within thirty (30) days from the date of service

25  of that order.  To date, the parties have not filed objections to

26  the Findings and Recommendation.

27  //

28  /

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendation are supported by

5  the record and proper analysis.   Petitioner failed to show that he

6  exhausted his state remedies.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.   The Findings and Recommendation, filed January 28, 2008,

9         are ADOPTED IN FULL.

10   2.   This action is DISMISSED for Petitioner's failure to

11        comply with the court's order of November 29, 2007,

12        pursuant to Local Rule 11-110 and for failure to exhaust

13        state remedies.

14   3.   The Clerk of the Court is DIRECTED to close this file.

15

16  IT IS SO ORDERED.

17  **Dated:    March 21, 2008**              **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2