1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | LOUIE GRIJALVA JR.,                  1:07-cv-01665 AWI DLB HC

10 |                    Petitioner,      ORDER CONSTRUING PETITIONER'S
                                         MOTION FOR JUDICIAL NOTICE AS
11 | v.                                  MOTION FOR RECONSIDERATION AND
                                         GRANTING SAID MOTION, ORDER
12 |                                     VACATING ORDER ADOPTING FINDINGS
   | JOHN C. MARSHALL,                   AND RECOMMENDATIONS AND
13 |                                     JUDGMENT ENTERED ON MARCH 21, 2008
   |                    Respondent.
14 | _____/   [Docs. 9, 10]

15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17 pursuant to 28 U.S.C. § 2254.

18        Petitioner filed the instant petition for writ of habeas corpus on October 23, 2007, in the

19 United States District Court for the Central District of California, Western Division.  On

20 November 2, 2007, the petition was transferred to this Court and filed on November 19, 2007.

21 On November 29, 2007, the Court issued an order to show cause regarding exhaustion of the

22 state court remedies.  (Court Doc. 6.)  The order informed Petitioner that "[f]ailure to comply

23 with this order may result in the action be[ing] dismissed for failure to comply with a court order.

24 Local Rule 11-110."  (Id.)  Petitioner failed to respond to the Court's order.  Accordingly, on

25 January 28, 2008, the Court issued Findings and Recommendation that the action be dismissed

26 for failure to comply with the court's order.  (Court Doc. 8.)

27        On April 29, 2008, Petitioner filed a request for judicial notice indicating that he never

28 received a copy of the Findings and Recommendation issued January 28, 2008, and therefore did

1

not have an opportunity to submit objections.  (Court Doc. 11.)  Petitioner submits a copy of his inmate mail log which does not show any incoming mail from this Court in January of this year. (Id. at 4.)  The Court construes Petitioner's motion as a motion for reconsideration under Rule 60(b)(6) of the Federal Rules of Civil Procedure.[1]  Petitioner indicates that he has exhausted the state court remedies to the best of his ability and submits a copy of the denial by the California Supreme Court.[2]  For good cause and in the interest of justice, Petitioner's motion for reconsideration shall be granted.

Based on the foregoing, it is HEREBY ORDERED that:

1.      Petitioner's motion for reconsideration is GRANTED;

2.      The Court's order adopting the Findings and Recommendation and judgment entered March 21, 2008 (Court Docs. 9, 10) is  VACATED; and,

3.      The matter is referred back to the Magistrate Judge for issuance of briefing schedule.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                                    _____/s/ Anthony W. Ishii_____
                                                                             UNITED STATES DISTRICT JUDGE

---

[1]  Rule 60(b) of the Federal Rules of Civil Procedure states, in pertinent part:
        On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
        (6) any ... reason that justifies relief.

[2]  Without briefing from Respondent the Court cannot make a ruling as to whether the state court remedies have been exhausted.