IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GRIJALVA JR., | 1:07-cv-1665 AWI DLB (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| JOHN C. MARSHALL, | |
|     Respondent. | (DOCUMENT #21) |
| _____/ | THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 1, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his objections to the findings and recommendation.

    IT IS SO ORDERED.

    Dated: **December 8, 2008**              **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE